AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Renee Brown, Parent and Guardian of

v.

City of New York, et al.

**APPEARANCE**

Case Number: 07 CV 7007

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

August 14, 2007
Date

Signature

SR 4272
Print Name                                        Bar Number

Suzette Corinne Rivera
Address

100 Church Street, New York, NY 10007
City                        State                        Zip Code

(212) 788-9567                        (212) 788-9776
Phone Number                        Fax Number