

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **SUZETTE CORINNE RIVERA**<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-9567<br>Fax: (212) 788-9776<br>srivera@law.nyc.gov |

February 17, 2008

BY ECF
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Brown v. City of New York, et al.</u>, 07 CV 7007 (AKH)

Your Honor:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation

cc:    BY ECF
       Gary Fish, Esq.
       Attorney for Plaintiff