RECEIVED
FEB 20 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

February 17, 2008

BY FAX
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
212-805-7942

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

_____
Alvin K. Hellerstein, U.S.D.J.
Date: 2-20-08

Re: Brown v. City of New York, et al., 07 CV 7007 (AKH)

Your Honor:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation

cc:   BY FAX
      Gary Fish, Esq.
      Attorney for Plaintiff
      212-349-1887