*Approved for [signature] 1/28/08 [signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X CASE NO.: 07 CV 7007

RENEE BROWN, PARENT AND GUARDIAN
OF MINOR CHILD HOWARD BROWN,

          PLAINTIFF,

          -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF EDUCATION, OFFICER
MELENDEZ AND DEAN CALDERON,

          DEFENDANTS.
-----------------------------------------------------------------X

AFFIDAVIT OF RENEE
BROWN, INFANT'S
REPRESENTATIVE, IN
SUPPORT OF PLAINTIFF
MOTION TO SETTLE
ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

STATE OF NEW YORK     )
                                ) ss.
COUNTY OF NEW YORK   )

      Renee Brown, deposes and states under oath as follows:

1. I am the plaintiff in the above action. I am the Parent and Guardian of Minor Child Howard Brown in a Section 1983 action brought on his behalf, through myself as his legal guardian against the defendant. I have personal knowledge of the below stated. I am submitting this affidavit in support of Plaintiff Motion to Settle Action of Infant.

2. I reside at 1980 Park Avenue, #6J, New York, New York 10037, with my minor child Howard Brown.

3. The subject action arises from my son Howard Brown allegedly being assaulted and detained by the defendants on or about November 21, 2006 at Graphic Communications School, New York, New York. My attorney Mr. Fish has also informed me that defense witnesses, were this matter to proceed to trial, would have offered substantial evidence significantly contradicting

-1-

my son's version of the factual particulars that gave rise to the present lawsuit.

4. My son Howard Brown did in fact sustain personal injuries arising out of the subject November 21, 2006 incident, consisting of contusions and bruises and was treated one time at ~~Harlem Hospital~~ North General Hospital for same. He was not confined to any jail in regard to the detention. He did not sustain any loss wages herein. His injuries have resolved themselves completely.

5. I hired my attorney Gary S. Fish, Esq., pursuant to a Retainer Agreement, which provided that in the event that monies were recovered on behalf of my minor child, Mr. Fish would be entitled as a contingency fee, to Thirty Three and One-Third Percent (33 1/3%) of the monies recovered as his attorney fee. The Agreement also provided that Mr. Fish was entitled to be reimbursed his reasonable disbursements, in the event that monies were recovered in the case. I am aware that Mr. Fish filed a lawsuit on our behalf, ($350.00 filing fee) served the lawsuit on the defendants, ($180.00 service of process incurred fee.) participated in a PreTrial Conference, engaged in numerous conversations with Assistant Corporation Counsel Suzette Rivera, Esq., concerning the scheduling of discovery, and with respect to and settlement discussions. It is my understanding that Mr. Fish's incurred costs in the case amounted to $530.00 He is seeking a total of $3,600.00 in attorney fees and costs, which means that he is waiving part of his $3,333.33 earned attorney fee (1/3 of $10,000.00). This is reasonable and fair.

6. I am satisfied with the legal representation Mr. Fish has provided myself and my son in the case. It is my decision to settle the case at this stage, for the amount of $10,000.00, to avoid the time and expense and uncertainty of trial.

7. I respectfully request that the Honorable Court will approve the amount of the settlement of this Infant Compromise Action, award my attorney Gary S. Fish, Esq., the sum of $3,600.00

as his attorney fees and costs, award the sum of $6,400.00 to the plaintiff, to be placed in a bank account to benefit my minor son Howard Brown, together with any other just and equitable relief deemed proper by the Court.

*Renee Brown*
Renee Brown

Sworn to before me this 28th day of May 2008

*Lorraine W. Hobson*
Notary Public

LORRAINE W. HOBSON
Commissioner of Deeds
City of New York – No. 3-3297
Certificate Filed in New York County
Commission Expires June 1, 2008

-3-

# NORTH GENERAL HOSPITAL
*Growing With Our Community Caring for our Health*

## EMERGENCY DEPARTMENT
## TRIAGE ASSESSMENT/REASSESSMENT RECORD

Date: 11-2-06  Arrival Time: 3:50p  Category: ☐ Emergent (II)  ☐ Semi-Urgent(IV)  ☐ Urgent  ☐ Non-urgent

Name: [illegible]  Date of Birth: 2/1/11  Age: 15  Gender: ☒ M  ☐ F

**Chief Complaint** (Include Onset Time & Treatment — What, When, Where):
Pain to both shoulders after handcuffed by security guard at school. Felt dizzy after incident. Denies [illegible] at present.

**Pain Screen** — Patient C/O Pain? ☐ No ☒ Yes  If yes complete the following:
Severity: (0-10) ___  (0 = No Pain  10 = Severe Pain)  Location: shoulders

**ACTION:** ☐ MD NOTIFIED  Duration: ☒ Hour: 5  ☐ Day ___  ☐ Week ___  ☐ Month ___

**Quality:** ☐ Ache  ☐ Cramping  ☐ Constant  ☐ Crushing  ☐ Dull  ☐ Fullness  ☐ Heavy  ☐ Indigestion  ☐ Pressure  ☐ Sharp  ☐ Throbbing  ☐ Other (Specify) ___

### Vital Signs
| Time | Temperature (Circle) | Pulses | Respiration | Blood Pressure (Circle) 3yrs & up | Pulse Oximetry | Fingerstick (If indicated) mg/dl | UCG (If indicated) |
|---|---|---|---|---|---|---|---|
| 3:55p | 98.4 PO/Rectal | 82 | 18 | 111/63 | 99 | | ☐ Negative ☐ Positive |

**Mode of Arrival:** ☒ Walked in  ☐ EMS  ☐ Police  ☐ Private Ambulance  ☐ Other

**Level of Consciousness:** ☒ Alert & Oriented X 3  ☐ Lethargic  ☐ Confused  ☐ Comatose  ☐ Drowsy

**Skin:** ☒ Warm  ☒ Dry  ☐ Cold  ☐ Clammy  ☐ Diaphoretic  ☐ Pale  ☐ Cyanotic

### Past Medical/Surgical History | Allergies | Current Medication
| | | | Allergies | Current Medication |
|---|---|---|---|---|
| ☐ Asthma | ☐ Diabetes | ☐ Renal | ☒ Denies ☐ Yes (Specify) | ☒ None  ☐ Yes (Specify) |
| ☐ Cancer | ☐ Domestic Violence | ☐ Seizure | | |
| ☐ Cardiac | ☐ GERD | ☐ Schizophrenia | | |
| ☐ CHF | ☐ Hepatitis | ☐ Sickles Cell | **Last Tetanus Toxoid (When applicable):** | |
| ☐ COPD | ☐ HIV+ | ☐ Substance Abuse | **ADVANCE DIRECTIVE:** Patient has AD ☐ No ☐ Yes  If Yes Specify: | |
| ☐ CVA | ☐ HTN | ☐ TB | ☐ Healthcare Proxy  ☐ Living Will  ☐ DNR  ☐ DNI | |
| ☐ Depression | ☐ Psychosis | ☐ Other (Specify) | **PEDIATRIC ONLY** | |

Weight: 144 lbs/kgs  Head Circumference-Under 2 Years ___ cm
Immunization Status: Up to date? ☐ Yes  ☐ No  ☐ Unknown

**LMP:** N/A  ☐ Normal  ☐ Abnormal  ☐ Irregular  ☐ Menopause

**FUNCTIONAL ASSESSMENT:** ☒ INDEPENDENT  ☐ PARTIAL ASSIST  ☐ DEPENDENT
**NUTRITIONAL ASSESSMENT:** ☒ APPEARS WELL NOURISHED  ☐ OVERWEIGHT  ☐ UNDERWEIGHT
**TRIAGE NURSE** SIGNATURE: [illegible] RN  PRINT NAME: [illegible]

| Date | Time | Intervention / Assessment / Reassessment |
|---|---|---|
| | | |
| | | |

EmergencyDepartmentTriageAssessment4L.8.04labs
Revised 9/2004 AGH
1774(REV 9/04)

# EMERGENCY DEPARTMENT PATIENT RECORD

Advanced Directive: ___

| ADMIT OFF | ADMIT DATE / TIME | PT TYPE<br>ER | ADMIT NUMBER<br>0632500634 | MEDICAL RECORD NO.<br>000491743 |
|---|---|---|---|---|

**PATIENT**

| NAME<br>Brown Howard | M/S<br>S | SEX<br>M | RACE<br>2 | SOCIAL SECURITY NO. | BIRTHDATE<br>02/25/91 | AGE<br>15Y | RELIGION | SERVICE<br>ERS | F/C |
|---|---|---|---|---|---|---|---|---|---|

| STREET ADDRESS<br>1980 Park Ave #6 | CITY/STATE<br>NY | ZIP<br>10037 | CNTY | TELEPHONE NO.<br>347 561 1946 |
|---|---|---|---|---|

| EMPLOYER NAME<br>Student | ADDRESS | PT. OCCUPATION | TELEPHONE NO. |
|---|---|---|---|

**GUAR**

| GUARANTOR/ADDRESS<br>Brown Renee | | | TELEPHONE NO.<br>347 561 1946 |
|---|---|---|---|

| EMPLOYER NAME/ADDRESS<br>Life Adjustment | | | TELEPHONE NO.<br>716 393 9727 |
|---|---|---|---|

**INS**

| INSURANCE COMPANY NAME<br>HIP Medicaid | GROUP | POLICY NUMBER<br>WX17629 | POLICY HOLDER NAME | REL. |
|---|---|---|---|---|
| INSURANCE COMPANY NAME | GROUP | POLICY NUMBER | POLICY HOLDER NAME | REL. |

| RELATIVE NOTIFIED<br>YES  NO | NAME<br>Brown Renee | TIME | RELATIONSHIP<br>Mother | TELEPHONE NO.<br>347 561 1946 |
|---|---|---|---|---|

NOTES:

| EMERGENCY PHYSICIAN | PRIVATE ATTENDING | INJURY DATE  TIME | ARRIVAL MODE |
|---|---|---|---|

| EMERGENCY PHYSICIAN | POLICE<br>YES  NO | OFFICER'S NAME/BADGE#/PCT# | M.E.<br>YES  NO | ACCIDENT LOCATION |
|---|---|---|---|---|

| ONSET  TIME  AM<br>DATE         PM | SOURCE OF INFORMATION | RELATIONSHIP |
|---|---|---|

REGISTRAR'S SIGNATURE: CD

**CONSENT FOR TREATMENT**

I, _Renee Brown_, hereby give my voluntary consent to the performance of Emergency Treatment as indicated, with whatever Procedure is necessary.

Por este medio yo, ___, voluntariamente doy mi consentimiento para recibir el tratamiento de emergencia indicado, con los procedimientos que sean necesarios.

SIGNATURE: _Renee Brown_   RELATIONSHIP: Mother   WITNESS: CD

11/21/2006    4:39 PM