

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

At United States District Court, to be held in and for the Southern District of New York, at 500 Pearl Street, Courtroom #14D, New York, New York, on the ~~14th~~ 28th day of May 2008, at ~~11:00 AM~~ 3:00 PM

PRESENT:
    HON. ALVIN K. HELLERSTEIN, Judge

-----------------------------------------------------------------X
RENEE BROWN, PARENT AND GUARDIAN OF
MINOR CHILD HOWARD BROWN,

                PLAINTIFF,

                -against-

THE CITY OF NEW YORK, et. al.,

                DEFENDANTS.
-----------------------------------------------------------------X

ORDER OF COMPROMISE

CASE NO.: 07 CV 7007
(AKH)

    Upon reading the May 1, 2008 Declaration of Gary S. Fish, Esq., the May 28 2008

Affidavit of Renee Brown, in support of plaintiff motion to settle infant claim,

and all the pleadings and proceedings heretofore had herein, and the infant plaintiff together with

his mother and natural guardian and his attorney Gary S. Fish, Esq., having appeared before me,

and upon all pleadings and proceedings heretofore had herein, and upon examination by the

Court and due deliberation having been had thereon, and it appearing to my satisfaction that the

best interest of the infant plaintiff will be served,

    NOW, on motion of Gary S. Fish, Esq., attorney for the plaintiff, it is

    ORDERED, that Renee Brown, as mother and natural guardian of the infant

plaintiff Howard Brown, be and she is hereby authorized to enter into a compromise of the

cause of action of said infant Howard Brown for the sum of $10,000.00, which includes the

sum of $3,600.00 payable to Gary S. Fish, Esq., inclusive of all disbursements and expenses, and the present value sum of $6,400.00 to be paid to minor child Howard Brown in accordance with the below described structured settlement.

1. The sum of $6,400.00 to be paid by The City of New York no later than ninety (90) days following the granting of this Order, in an interest bearing account with _Commerce Bank_, a banking entity authorized to transact commercial business in the State of New York, made payable to Renee Brown, As Trustee for Minor Child Howard Brown (DOB: _2-25-91_), to be paid to Howard Brown on _2-25-2012_.

AND IT IS FURTHER ORDERED that in the event that this infant Howard Brown shall die prior to the completion of payment as provided for herein, such payment shall be made payable to The Estate of Howard Brown as said payment becomes due as hereinabove set forth without any acceleration thereon, and it is further

ORDERED, that upon making said payment The City of New York shall be released from all obligations to make such payment, and it is further

ORDERED, that there exist no outstanding medical or hospital bills herein, and it is further

ORDERED, that upon compliance with the terms of this Order, Renee Brown, as mother and natural guardian of the infant plaintiff Howard Brown, be and she is hereby authorized and empowered to execute and deliver a General Release as his mother and natural guardian and any other papers required in order to effectuate such compromise, and it is further

ORDERED, that the filing of a bond with reference to the above is dispensed with.

ENTER: 6-16-08

*[signature]*

The Honorable Alvin K. Hellerstein, Judge
United States District Court, Southern
District of New York